MICHAEL G. IDIART   #66273
Attorney at Law
2014 Tulare Street, Suite 212
Fresno, CA 93721
Telephone: (559) 442-4900
Facsimile:   (559) 442-4999
mgidiart@aol.com

Attorney for Defendant **STEPHEN POTTER**

## IN THE UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN POTTER,<br><br>Defendant. | Case No.:  *1:13- CR-00050-LJO SKO*<br><br>*ORDER* |

The Court hereby grants the Defendant's ex parte application and excuses Defendant's appearance at the May 20, 2013, hearing.

IT IS SO ORDERED.

Dated:   May 17, 2013              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE