**MICHAEL G. IDIART** (066273)
Attorney at Law
2014 Tulare Street Ste 2014
Fresno, ca 93721
Telephone: 559-442-4900
Email: mgidiart@aol.com

Attorney for Defendant STEPHEN POTTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN POTTER,<br><br>　　　　Defendant. | No.  1:13 CR 00050 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

　　　　THE PARTIES HEREBY STIPULATE AND AGREE  by and between plaintiff, The United States of America, and the defendant, Stephen Potter, by and through his attorney, that the date set for the hearing on the Presentence Report of the Probation Officer and sentencing be modified as follows:

　　　　Informal Objections due to Probation and AUSA: Move from February 3, 2014 to April 7, 2014.

　　　　Formal Objections filed with the court and served on Probation and AUSA: Move from February 17, 2014 to April 21, 2014.

　　　　Sentencing Hearing: Move from February 24, 2014, at 8:30 a.m., to April 28, 2014 at 8:30 a.m.

　　　　In this matter, defendant Stephen Potter, suffers from age-related macular degeneration and is under the care of Dr. Eric Subong with Bellingham Retina Specialist located in

1

Bellingham, Washington, near the defendant's place of residence.  Dr. Subong has scheduled Mr. Potter for a procedure of laser treatment in his office on February 24, 2014.  Further, Dr. Subong has recommended that Mr. Potter remain indoors for one week following the procedure and refrain from travel for 6 to 8 weeks as high altitude travel from Washington to Fresno has an effect on his vision.  See Dr. Subong's letter dated January17, 2014 attached hereto.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: January 21, 2014                     /s/MICHAEL G. IDIART
                                            Michael G. Idiart,
                                            Attorney for Defendant
                                            STEPHEN POTTER

Dated: January21, 2014                      /s/ MELANIE L. ALSWORTH
                                            Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **January 23, 2014**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2