**MICHAEL G. IDIART** SBN 066273
**DAVID V. BALAKIAN** SBN166749
2014 Tulare Street Ste 212
Fresno, CA 93721
Telephone: 559-442-4900
Fax: 559-442-4999
Email: mgidiart@aol.com
       davidbalakian@sbcglobal.net

Attorneys for Defendant **STEPHEN POTTER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:13 CR 00050 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |
| v. | |
| STEPHEN POTTER, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE  by and between plaintiff, The United States of America, and the defendant, Stephen Potter, by and through his attorneys, that the date set for the hearing on the Presentence Report  of the Probation Officer and sentencing be modified as follows:

*Formal Objections filed with the court and served on Probation and AUSA: Move from April 21, 2014 to June 23, 2014.*

*Sentencing Hearing: Move from April 29, 2014 at 8:30 a.m., to June 30, 2014 at 8:30 a.m*.

In this matter, defendant Stephen Potter, suffers from age-related macular degeneration and is under the care of Dr. Eric Subong with Bellingham Retina Specialists located in Bellingham, Washington, near the defendant's place of residence.  Dr. Subong performed laser surgery to Mr. Potter's Right eye in February, 2014.  Dr. Subong reports the right eye is

1

improving since the surgery and he recommends the same surgery and treatment to Mr. Potter's Left eye.

Dr. Subong has scheduled laser surgery Mr. Potter's Left eye in his Bellingham, Washington office on April 28, 2014.  Dr. Subong shares the laser equipment with other doctors and April 28, 2014 is the date Dr. Subong has the equipment for surgery use.   Further, Dr. Subong has recommended that Mr. Potter remain indoors for one week following the procedure and refrain from travel for 6 to 8 weeks as high altitude travel from Washington to Fresno has an effect on his vision.  See Dr.  Subong's letters dated March 17, 2014 and March 25, 2014 attached (as email attachments only).

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: April 14, 2014              /s/MICHAEL G. IDIART
                                   Michael G. Idiart,
                                   Attorney for Defendant
                                   STEPHEN POTTER


Dated:  April 14, 2014             /s/Melanie Alsworth
                                   Assistant United States Attorney



IT IS SO ORDERED.

   Dated:   **April 15, 2014**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE
                                    Court Judge.

2