MICHAEL G. IDIART  SBN 66273
DAVID V. BALAKIAN  SBN 166749
2014 Tulare Street, Ste. 212
Fresno, CA 93721
Telephone: (559) 442-4900
Facsimile:   (559) 442-4999
mgidiart@aol.com
davidbalakina@sbcglobal.net

Attorney for Defendant, **STEPHEN POTTER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br> STEPHEN POTTER,<br><br>    Defendant. | *Case No.  1:13-CR-0050 LJO*<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

     Defendant, STEPHEN POTTER, hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

     On February 8, 2013, STEPHEN POTTER appeared in this matter before the Honorable Shelia K. Oberto, United States Magistrate Judge, and was ordered released from custody on $300,000.00 property bond and pretrial conditions.  Four properties were used as collateral. Certified deeds of trust and straight notes were provided to this court by the STEPHEN R. POTTER for STEPHEN POTTER and recorded as: Deed of Trust #2130203280, Property ID#14919, Tax Parcel #4005222 232112 0000; Deed of Trust #2130203281, Property ID#142783, Tax Parcel #400522 205153 0000; Deed of Trust #2130203282, Property ID#142647, Tax Parcel #400522 175023 0000; Deed of Trust #2130203283, Property ID141032, Tax Parcel #400515 039238 0000. All four of the above deed of trusts were recorded in Whatcom County, Washington.

On July 7, 2014, Defendant STEPHEN POTTER appeared before United States District Court Judge Lawrence J. O'Neill for sentencing, and thereafter surrendered himself to the Bureau of Prisons to serve his sentence.

Since Defendant STEPHEN POTTER has met the conditions of release in this matter, he requests that the court exonerate the bond set by this court and reconvey title to the real properties securing the bond as listed above.

DATED: September 23, 2014

                                      Respectfully Submitted,

                                      /s/ Michael G. Idiart
                                      MICHAEL G. IDIART,
                                      Attorney for Defendant
                                      STEPHEN POTTER

## **O R D E R**

IT IS HERBY ORDERED that the bond in the above-captioned case be exonerated and title to the four properties recorded as Deed of Trust #2130203280, Property ID#14919, Tax Parcel #400522 32112 0000; Deed of Trust #2130203281, Property ID#142783, Tax Parcel #400522 205153 0000; Deed of Trust #2130203282, Property ID#142647, Tax Parcel #400522 175023 0000; Deed of Trust #2130203283, Property ID141032, Tax Parcel #400515 039238 0000, recorded in Whatcom County, Washington, be reconveyed to STEPHEN POTTER.

IT IS SO ORDERED.

Dated: **September 26, 2014**                **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE